Form a0nevict
(12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202−4133**

---

In Re: Latrena Sherrice Williams

       Debtor(s)

SSN/TAX ID:
   xxx−xx−2917

Case No.: 1:16−bk−14400

Chapter: 7

Judge: Beth A. Buchanan

---

**NOTICE OF FAILURE TO FILE OFFICIAL FORM(S)**
**RELATING TO EVICTION JUDGMENT AGAINST YOU**

   At Part 2, Line 11 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101), you stated that you rent your residence and that your landlord has obtained an eviction judgment against you. In addition, you may have indicated that you want to stay in your rented residence.

   Whether or not you want to stay in your rented residence, you must file the Initial Statement About an Eviction Judgment Against You (Official Form 101A) with the court.

   In addition, if you want to stay in your rented residence, then you also must: (1) complete the "Certification About Applicable Law and Deposit of Rent" contained on Official Form 101A; (2) give the clerk of the court a deposit for the rent that would be due during the 30 days after you filed the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101) (the "Petition"); and (3) serve your landlord with a copy of Official Form 101A.

   Further, if you want to stay in your rented residence for more than 30 days after you filed the Petition (the "30−day period") and want to continue to receive the protection of the automatic stay, then, before the 30−day period ends, you must: (1) pay the entire delinquent amount to your landlord as stated in the eviction judgment; (2) file the Statement About Payment of an Eviction Judgment Against You (Official Form 101B) with the court; and (3) serve your landlord with a copy of Official Form 101B.

Dated: November 29, 2016

                                                                             Kenneth Jordan
                                                                             Clerk, United States Bankruptcy Court