Form a7ogrfee
(Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202–4133

In Re:  Latrena Sherrice Williams

       Debtor(s)

SSN/TAX ID:
   xxx–xx–2917

Case No.: 1:16–bk–14400

Chapter: 7

Judge: Beth A. Buchanan

## Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee

   Upon consideration of the debtor's application to waive the chapter 7 filing fee, the court orders that the application be GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Dated: December 19, 2016

*/s/ Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge